ELIPHALET WHEELER *vs.* INHABITANTS OF FRAMINGHAM.

The report of a committee duly chosen by a town, that a certain way in said town is unsafe for travellers, although duly accepted by the town, is not evidence against the town, in an action for injuries arising from an alleged defect in said way.

THIS was an action for injury to the plaintiff's property, by reason of an alleged defect in a highway, which the defendants were bound to keep in repair.    At the trial in this court before *Bigelow*, J., the plaintiff offered in evidence the report of a committee duly chosen by the town, which was in substance that the accident happened by reason of the Worcester Railroad Corporation having built a bank-wall by the roadside, or on the road, and left it in such a manner without a railing, " that it is unsafe for the traveller."    This report was duly accepted by the town, at a meeting called for that purpose.    The presiding judge admitted the evidence ; and, the verdict being for the plaintiff, he reserved the case for the consideration of the whole court.

*B. F. Butler*, for the defendants.

*C. R. Train*, for the plaintiff.

BY THE COURT.    The ruling of the judge admitting the records of the town accepting the report of the committee, was incorrect, and cannot be sustained.    *Collins* v. *Dorchester*, 6 Cush 396 ; *Dudley* v. *Weston*, 1 Met. 477.    The verdict must be set aside and a new trial granted.